IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JUN 12  PM 1:42

CLERK J. Hodges
SO. DIST. OF GA.

| | | |
|---|---|---|
| SKIPPER LAMAR JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-009 |
| | ) | |
| MARILYN H. CALLAWAY; ANTIONE | ) | |
| CALDWELL, Warden; and FORREST | ) | |
| LESTER, Chaplain, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 10.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge

as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which

relief may be granted, and **CLOSES** this civil action.

SO ORDERED this _12__ day of June, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE